**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND E. PEYTON, | ) Case No. EDCV 14-1293-RGK (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| BERNARD J. SCHWARTZ et al., | ) |
| Respondent. | ) |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 1, 2014

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE